# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 3016 Disciplinary Docket No. 3 |
| | : | |
| MARYLIN JENKINS MILNER, A/K/A | : | No. 157 DB 2023 |
| MARYLIN JENKINS | : | |
| | : | (District of Columbia Court of Appeals, |
| | : | No. 23-BG-0545) |
| | : | |
| | : | Attorney Registration No. 89828 |
| | : | |
| | : | (Out of State) |

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of January, 2024, having failed to respond to a Notice and Order directing her to provide reasons against the imposition of reciprocal discipline, Marylin Jenkins Milner, a/k/a Marylin Jenkins, is suspended from the practice of law in the Commonwealth of Pennsylvania for a period of 30 days.